UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard S. Sandmeier,<br><br>        Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC,<br><br>        Defendant. | Case No.  2:20-cv-00657-WBS-CKD<br><br>**JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED pursuant to the Federal Rules of Civil Procedure 68(a) against defendant:

Equifax Information Services, LLC

October 14, 2020                                                     KEITH HOLLAND, CLERK

                                                                                                                     By: /s/  K. Zignago, Deputy Clerk